CARL WILLIAMS v. NEW JERSEY STATE PAROLE BOARD.

February 14, 1979. Petition for certification denied.

HENRIETTA MARTINE v. LAWRENCE GUARINO.

February 14, 1979. Petition for certification denied.

HOUSING AUTHORITY OF THE CITY OF WILDWOOD v. SHIRLEY HAYWOOD.

February 14, 1979. Petition for certification granted.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v. JOSEPH E. FISHER.

February 14, 1979. Petition for certification denied.

NEW JERSEY SPORTS & EXPOSITION AUTHORITY v. JOSEPH E. FISHER.

February 14, 1979. Cross-Petition for certification denied.

LILLIAN LECHLEAR v.
TWIN LIGHT TERRACE CONDOMINIUM ASSOCIATION.

February 14, 1979. Petition for certification denied.